UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,

        -against-

JOSEPH & SON RESTORATION INC. *et al.*,

                Defendants.
----------------------------------------------------------X

**ORDER**
20 CV 1897 (WFK) (CLP)

**POLLAK**, Chief United States Magistrate Judge:

    On April 24, 2020, plaintiff American Empire Surplus Lines Insurance Company ("American Empire" or "plaintiff") commenced this action against defendants Joseph & Sons Restoration Inc. ("Joseph" or "defendant"), HP Lafayette Boynton Housing Development Fund Company Inc., Lafayette Nelson Apartments, LLC (collectively, the "Lafayette Entities"), Alberto Rivera, and David Ballinas, seeking judgment in the amount of $1,121,764, plus interest and attorney's fees, for additional premiums owed by Joseph under two insurance policies issued by plaintiff to Joseph. (Compl.[1] ¶¶ 33-36). In the event that Joseph fails to pay the amount of the judgment, American Empire seeks a declaration that it has no obligation to defend and/or indemnify Joseph under the American Empire policies. (Id. ¶¶ 39, 42).

    On November 5, 2021, on referral from the Honorable William F. Kuntz, United States District Judge, this Court issued a Report and Recommendation (the "November Report"), recommending that plaintiff's motion for summary judgment be granted against defendant Joseph and that it be ordered to pay plaintiff $1,121,764, plus pre-judgment interest. See American Empire Surplus Lines Ins. Co. v. Joseph & Son Restoration Inc., No. 20 CV 1897,

---

[1] Citations to "Compl." refer to the Complaint, filed Apr. 24, 2020, ECF No. 1.

1

2021 WL 5507858, at *1 (E.D.N.Y. Nov. 5, 2021), report and recommendation adopted, 2021 WL 5505833 (E.D.N.Y. Nov. 24, 2021).[2] The November Report further recommended that American Empire's motion for a declaratory judgment, stating that it had no obligation to defend and/or indemnify Joseph under the American Empire policies, be denied without prejudice to renew in the event that Joseph fails to pay the amount of the judgment. Id. at *8. The Court also recommended that American Empire's motion for attorney's fees be denied without prejudice to renew in the event plaintiff could proffer evidence that defendant's actions in connection with the litigation were "meritless and taken for an improper purpose." Id. at *6. On November 23, 2021, the District Court adopted this Court's November Report and Recommendation in its entirety. Id.[3]

By notice of motion dated March 22, 2021, American Empire moves for entry of a default judgment against Alberto Rivera and David Ballinas. (See ECF No. 32). This motion was filed at the same time that plaintiff sought leave to file the aforementioned summary judgment motion. The motion was referred to the undersigned to prepare a Report and Recommendation. (See Electronic Order Referring Motion, dated Apr. 6, 2021).

The default motion does not seek damages, but requests only that "this Court enter a default judgment against Rivera and Ballinas, in connection with the declaratory judgment sought against Joseph with respect to coverage under the American Empire Policies." (Myers Aff.[4] at 6; see also Proposed Ord.[5] at 1-2). However, because Judge Kuntz adopted this Court's

---

[2] The Court's Report and Recommendation is also available at ECF No. 45.
[3] Judge Kuntz's Order is also available at ECF No. 46.
[4] Citations to "Myers Aff." refer to the Affidavit of Randy Myers, Divisional Assistant Vice President of Great American Risk Solutions, a division of Great American Insurance Company, in Support of Motion for Default Judgment, dated Mar. 22, 2021, ECF No. 32-1.
[5] Citations to "Proposed Ord." refer to the Proposed Default Judgment Order, filed as Exhibit 3 to plaintiff's Motion for Default Judgment, dated Mar. 22, 2021, ECF No. 32-3.

Report and Recommendation denying declaratory relief without prejudice against Joseph, and plaintiff's requested relief in connection with this default judgment motion essentially seeks the same relief – namely, that American Empire has no duty to defend or indemnify – the Court respectfully recommends that the motion for default judgment also be denied at this time, without prejudice.  Should plaintiff renew its motion for declaratory relief against Joseph in the event Joseph fails to remit payment, the Court respectfully recommends that plaintiff be authorized to renew its motion for default judgment against Ballinas and Rivera.

## CONCLUSION

The Court therefore respectfully recommends that plaintiff's motion for default judgment be denied without prejudice.

Plaintiff is further **ORDERED** to serve a copy of this Order on all defendants, including those non-appearing defendants—David Ballinas and Alberto Rivera—and the previously terminated parties—HP Lafayette Boynton Housing Development Fund Co. Inc. and Lafayette Nelson Apartments, LLC—and file proof of service on the docket by March 4, 2022.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: March 1, 2022
       Brooklyn, New York

*Cheryl L. Pollak*
CHERYL L. POLLAK
United States Magistrate Judge
Eastern District of New York